UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<span>NTHONY</span> L<span>A</span>J<span>UAN</span> F<span>LEMING</span>,

    Petitioner,

v.

U<span>NITED</span> S<span>TATES OF</span> A<span>MERICA</span>,

    Respondent.
_____/

Case No. 16-cv-10085
Case No. 08-cr-20275

U<span>NITED</span> S<span>TATES</span> D<span>ISTRICT</span> C<span>OURT</span> J<span>UDGE</span>
G<span>ERSHWIN</span> A. D<span>RAIN</span>

## **ORDER GRANTING MOTION REQUESTING STATUS UPDATE [#63]**

Before the Court is Petitioner's Motion Requesting Status Update, filed on September 17, 2018. Dkt. No. 63. Petitioner's Motion requests this Court provide him with a status update regarding his motion to vacate judgment pursuant to Rule 59(e), filed on August 15, 2017. Dkt. No. 60. This Court issued an Opinion and Order on December 12, 2017 denying Petitioner's motion to vacate. Dkt. No. 62. However, Plaintiff has not been served with the Opinion and Order or the corresponding Judgment on his motion to vacate.

Accordingly, this Court will GRANT Plaintiff's Motion. This Court will serve Plaintiff with copies of its December 7, 2017 Opinion and Order and the corresponding Judgment.

SO ORDERED.

Dated: September 24, 2018

                                              s/Gershwin A. Drain
                                              Hon. Gershwin A. Drain
                                              United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 24, 2018, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager